UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2011 JAN 13 A 10: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS STEFANIK

PLAINTIFF

CIVIL ACTION

VS

CITY OF HOLYOKE AND CAPTAIN BEAULIEU (INDIVIDUAL CAPACITY)
MICHAEL SULLIVAN (INDIVIDUAL CAPACITY)
ANTHONEY SCOTT (INDIVIDUAL CAPACITY)
SHARON LEFEAVE (INDIVIDUAL CAPACITY)
LISA BRODEUR MC GAN (INDIVIDUAL CAPACITY)

DEFENDANTS

JUDICAL JURISDICTION

THIS COURT HAS JUDICAL JURISDICTION TO TRY THIS CASE PURSUANT TO CIVIL RIGHTS VIOLATION, 42 U.S.C. SECTION 1983 MUNICIPAL CIVIL RIGHTS ACT VIOLATION

PETITIONER: THOMAS STEFANIK'S MOTION FOR LEAVE OF COURT TO FILE CIVIL RIGHTS VIOLATIONS CLAIMS AGAINST THE ABOVE NAMED DEFENDANTS LISTED IN THE CAPTAIN.

PETITIONER THOMAS STEFANIK IS RESTRICTED BY THIS COURT ON FILING ANY FUTURE COMPLAINT WITHOUT FIRST OBTAINING LEAVE OF COURT FOR GOOD CAUSE TO DO SO;

PETITIONER MAKES REFERENCE TO CIVIL ACTION NO: 08-MC-30012-MAP FILED IN THIS COURT PREVIOUSLY BY PETITIONER.

AS THIS COURT SHOULD NOW BE AWARE OF CERTAIN FACTS FROM OTHER RELATED MATTERS THAT PETITION HAD A 25 YEAR LEASE FOR ALL 40 ROOMS AT 123 PINE ST, HOLYOKE, MA. COMMENCING 1/1/96 BETWEEN PETITIONER AND S+B MILLER REALTY, INC. (S+B).

FURTHER, ON 1/9/07 CITY OF HOLYOKE FORECLOSE ON STB FOR BACK TAXES

THEREAFTER, THOMAS STEFANIK BECAME HOLD OVER TENANT IN POSSESSION OF REAL ESTATE AT 123 PINE ST, WITH CONSTITUTIONAL PROTECTIVE SECURE RIGHT UNDER LEASE TO RESIDE UNTIL THE EXPIRATION OF HIS LEASE DATE DECEMBER 30, 2046 AND AFTER SUMMARY PROCESS PURSUANT TO M.G.L. 239.

FACTS

1. ON MAY 1, 2009 THOMAS STEFANIK OCCUPIED 123 PINE ST, AND EXERCISED HIS LEASE RIGHTS

2. ON MAY 1, 2009 SHARON LEFEAVE SERVED THOMAS STEFANIK WITH A TRESPASS NOTICE PURSUANT TO G.L.C. 266 SEC. 120.

3. SHARON LEFEAVE IS EMPLOYED BY LISA BRODEUR MCGAN

4. LISA BRODEUR MCGAN INSTRUCTED MS. LEFEAVE TO ISSUE STEFANIK A TRESPASS NOTICE

5. LISA BRODEUR MCGAN AND SHARON LEFEAVE ARE REPRESENTATIVES OF CITY OF HOLYOKE

6. THE CITY OF HOLYOKE FORECLOSED ON S+B MILLER REALTY INC, ON 1/9/07.

7. ON MAY 4, 2009 ANTHONY SCOTT, CAPTAIN BEAULIEU, POLICE OFFICER MCCARTHY ALL EMPLOYED BY CITY OF HOLYOKE IN HAMPDEN COUNTY UNLAWFULLY ENTERED STEFANIK'S CONTROL PROPERTY AT 2 GRANDVIEW AVE, HUNTINGTON, MA. AND POINTED GUNS AT STEFANIK AND CAPTAIN BEAULIEU OF THE HOLYOKE FIRE DEPT. WITH AX IN HAND THREATEN TO BREAK THE DOOR DOWN TO STEFANIK'S HOME IF STEFANIK DID NOT COME OUT.

8. STEFANIK WAS UNLAWFULLY ARRESTED FOR TRESPASS AT 123 PINE ST, WITHOUT SUMMARY PROCESS, WITHOUT DUE PROCESS, WITHOUT A WARRANT EVER BEING ISSUED, AND HIS LEASE WAS UNLAWFULLY TAKEN FROM HIM, BY PERSONS UNDER COLOR OF LAW.

9. STEFANIK WAS STRIP SEARCH ON HIS PREMISE WHICH VIOLATES THE 4TH AMENDMENT.

CAUSES OF ACTIONS

STATE AND FEDERAL CIVIL RIGHTS VIOLATIONS PURSUANT TO STATE AND FEDERAL CONSTITUTION AMENDMENTS 14TH, 4, 5. ALL POTENTIAL DEFENDANTS ACTED DELIBERATELY INDIFFERENCE TO PETITIONERS RIGHT TO EXERCISE HIS LEASE RIGHTS. DUE PROCESS CLAUSE VIOLATIONS

VENUE

ALL POTENTIAL PARTIES AND PETITIONER RESIDE IN HAMPDEN COUNTY OR HAVE PLACE OF SERVICE IN HAMPDEN COUNTY WITHIN MASSACHUSETTS.

Thomas Stefanik

P.O BOX 193
BLANDFORD, MA
01008

DATED: 1/4/11